

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL JONATHAN CARLSON,        §
                                 §
                Petitioner,      §
                                 §
VS.                              §   NO. 4:06-CV-217-A
                                 §
NATHANIEL QUARTERMAN,            §
DIRECTOR, TEXAS DEPARTMENT       §
OF CRIMINAL JUSTICE,             §
CORRECTIONAL INSTITUTIONS        §
DIVISION,[1]                     §
                                 §
                Respondent.      §

O R D E R

Came on for consideration the above-captioned action wherein Michael Jonathan Carlson is petitioner and Nathaniel Quarterman, Director, T.D.C.J., Correctional Institutions Division, is respondent.  This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On June 16, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by July 7, 2006.  Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.  Therefore,

---

[1]On June 1, 2006, Nathaniel Quarterman succeeded Douglas Dretke, the respondent named in the petition, as Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nathaniel Quarterman is thus automatically substituted as the proper party.

The court ORDERS that the petition be, and is hereby, denied.

SIGNED July 17, 2006.

_____
JOHN McBRYDE
United States District Judge